Case No. 25-5158

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSHUA WHITE

    Defendant - Appellant

  It is **ORDERED** that this appeal be, and it hereby is, expedited for briefing and submission. Accordingly, counsel is directed to docket the transcript order entry by **March 6, 2025**. The court reporter is directed to complete the transcript, upon satisfactory financial arrangements, no later than **April 7, 2025**.

  No extensions of time will be granted for any of the requirements, absent extraordinary circumstances, which must be established by motion.

                                      **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: February 27, 2025