# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 24, 2025

Mr. Kevin Michael Schad
Federal Public Defender's Office
250 E. Fifth Street
Suite 350
Cincinnati, OH 45202

        Re: Case No. 25-5158, *USA v. Joshua White*
            Originating Case No. : 3:21-cr-00155-1

Dear Counsel,

   This confirms your appointment to represent the defendant in the above appeal under the Criminal Justice Act, 18 U.S.C. § 3006A.

   You must file your appearance form and order transcript within 7 days of this letter. The appearance form and instructions for the transcript order process can be found on this court's website.

   Finally, if you become aware that your client has financial resources not previously disclosed or is no longer eligible for appointed counsel under the Criminal Justice Act, please contact the Clerk or Chief Deputy for guidance.

                                            Sincerely yours,

                                            s/Ken Loomis
                                            Administrative Deputy
                                            Direct Dial No. 513-564-7067

cc: Ms. Amanda E. Gregory
    Mr. Ryan E. Orme
    Mr. Madison Taylor Sewell
    Mr. James J. Vilt Jr.
    Mr. Joshua White