Case No. 25-5158

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSHUA WHITE

    Defendant - Appellant

It is **ORDERED** that this appeal be, and it hereby is, expedited for briefing and submission. Accordingly, counsel is directed to docket the transcript order entry by **March 31, 2025**.

The court reporter is directed to complete the transcript, upon satisfactory financial arrangements, no later than **April 30, 2025**.

No extensions of time will be granted for any of the requirements, absent extraordinary circumstances, which must be established by motion.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: March 24, 2025