IN THE UNITED STATES COURT OF APPEALS

FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff/Appellee,                                CASE NO.    25-5158

    vs.

JOSHUA WHITE,

    Defendant/Appellant.

MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF

Appellant White requests that this Court extend the time to file Appellant's brief by 14 days (6.11.25). In support thereof, counsel states that Appellant White was placed in SHU custody at FMC Lexington (for his own safety) several weeks ago. Since then, it has been very difficult to have any communications with White. Although a draft of the brief was sent to White for review on May 7, 2025, apparently the BOP has been unable to locate it in their mailroom to provide to White. While another draft has been sent, additional time is necessary for White to review the brief, and communicate with counsel. Counsel's attempts to get the BOP to provide a legal call for the

last two weeks have been unavailing. This extension is unfortunately necessary, due to the breakdown in attorney/client communications due to these BOP difficulties.

Respectfully Submitted,

/s/ *Kevin Schad*
Kevin M. Schad
Attorney for Appellant
Office of the Federal Public Defender
Southern District of Ohio
250 E. Fifth St.
Suite 350
Cincinnati OH 45202
(513) 929-4834
Fax (513) 929-4842
Kevin_schad@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above was sent this 27th day of May, 2025, by ECF filing, to the office of the Assistant United States Attorney of record.

/s/ Kevin Schad
Kevin Schad
Attorney for Appellant