UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 27, 2025

Ms. Amanda E. Gregory
Mr. Kevin Michael Schad
Mr. Madison Taylor Sewell

      Re: Case No. 25-5158, *USA v. Joshua White*
           Originating Case No. 3:21-cr-00155-1

Dear Counsel,

   The appellant's motion to extend time to file brief by fourteen (14) days is **GRANTED**. The expedited briefing schedule for this case has been reset and the briefs listed below must be filed electronically with the Clerk's office no later than these dates.

| | |
|---|---|
| Appellant Brief | Filed electronically by **June 11, 2025** |
| Appellee Brief | Filed electronically by **July 9, 2025** |
| Appellant Reply Brief (Optional) | Filed electronically **7** days after the appellee's brief is filed. See Fed. R. App. P. 26(c) |

   The Federal Rules of Appellate Procedure and Sixth Circuit Rules are available at www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief.

                                Sincerely,

                                s/Gretchen A. *on behalf of*
                                Ryan E. Orme, Case Manager
                                Direct Dial No. 513-564-7079