# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 15, 2025

Ms. Amanda E. Gregory
Office of the U.S. Attorney
717 W. Broadway
Louisville, KY 40202

Mr. Kevin Michael Schad
Federal Public Defender's Office
250 E. Fifth Street
Suite 350
Cincinnati, OH 45202

Mr. Madison Taylor Sewell
Office of the U.S. Attorney
717 W. Broadway
Louisville, KY 40202

Re: Case No. 25-5158, *USA v. Joshua White*
Originating Case No. : 3:21-cr-00155-1

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **August 4, 2025**.

Sincerely yours,

s/Ryan Orme
Case Manager
Direct Dial No. 513-564-7079