Case No. 25-5158

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSHUA WHITE

    Defendant - Appellant

Upon consideration of the appellant's motion for leave to file a sealed Appellant Brief, it is **ORDERED** that the motion is hereby **GRANTED**.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: August 19, 2025