Case No. 25-5158

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JOSHUA WHITE

    Defendant - Appellant


BEFORE: SUTTON, Chief Circuit Judge;  CLAY and GIBBONS, Circuit Judges

Upon consideration of the Appellant's motion for appointment of counsel, the motion is hereby **DENIED**.

                                   **ENTERED BY ORDER OF THE COURT**
                                   Kelly L. Stephens, Clerk

Issued: March 03, 2026